UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KARA TOEPFER                                                                                          PLAINTIFF

v.                                    CASE NO. 4:10-cv-1388 BSM

WALGREEN COMPANY                                                                          DEFENDANT

## JUDGMENT

Pursuant to the order entered this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July 2011.

_____
UNITED STATES DISTRICT JUDGE